UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN RE:<br><br>JOHN BERNARD EVEREST<br>SUSAN EVELYN EVEREST | BK No.: 10-21181<br>Chapter 7<br><br>Adv. Proc. No. 12-02034 |
| WILLIAM HOWISON,<br>CHAPTER 7 TRUSTEE<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>and<br><br>STATE OF MAINE, MAINE REVENUE SERVICES | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Jeffrey J. Hardiman, Esq. hereby enters his appearance in the above-captioned case on behalf of Bank of America, N.A. (together with its successors, affiliates, principals, and assigns).

/s/ Jeffrey J. Hardiman
Jeffrey J. Hardiman, Esq.
Federal Bar No. 9876
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, Rhode Island  02860
(401) 272-1400 phone
(401) 272-1403 fax

Please take further notice that Attorney Victor Shapiro hereby withdraws his appearance in this matter on behalf of Bank of America, N.A. (together with its successors, affiliates, principals, and assigns).

/s/ Victor Shapiro, Esq.
Victor Shapiro, Esq. Bar No. 4286
1080 Main Street
Pawtucket, Rhode Island  02860
(401) 272-1400 phone
(401) 272-1403 fax

Dated: March 26, 2013

CERTIFICATION OF SERVICE

The undersigned hereby certifies that copies of the Substitution of Counsel have been served upon the following parties via electronic notice this 26th day of March, 2013:

Via Electronic Notice:

William Howison, Esq.
Trustee
22 Free Street, P.O. Box 585
Portland, ME 04112
whowison@maine.rr.com

Joshua R. Dow, Esq.
Two Monument Square,
Suite 901, PO Box 108
Portland, ME 04112-0108
jdow@pearcedow.com

Pamela W. Waite, Esq.
Dept. of Attorney General
Six State House Station
Augusta, ME 04333-0006
pam.waite@maine.gov

/s/  Jeffrey J. Hardiman, Esq.

2